IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BERKLEY REGIONAL INS. CO.,** : |  |
|     Plaintiff, : |  |
| : |  |
| v. : | CIVIL ACTION 14-00493-KD-C |
| : |  |
| **TRADEMARK CONSTRUCTION, INC.,** : |  |
| *et al.*, : |  |
|     Defendants. : |  |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 6, 2015, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's Motion for Default Judgment (Doc. 14) is **GRANTED** such that Plaintiff is entitled to recover **$478,021.03** from the Defendants, jointly and severally. Accordingly, it is **ORDERED** that a **DEFAULT JUDGMENT** is entered against the Defendants, jointly and severally, in the amount of **$478,021.03.**

**DONE** and **ORDERED** this the **21**st day of **August 2015.**

    /s/ Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**